IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Brandon Lav'ar Johnson,           )<br>                                    )<br>            Petitioner,              )<br>                                    )        Civil Action No. 0:15-1388-RMG<br>    vs.                             )<br>                                    )<br>Edsel T. Taylor, Warden,            )<br>                                    )        **ORDER**<br>            Respondent.              )<br>                                    )<br>_____) | |

Petitioner moved on April 8, 2016 for an extension of time to file a response to Respondent's motion for summary judgment and filed a response in opposition to the Respondent's motion for summary judgment. (Dkt. No. 35, 36). However, the Petitioner filed a response in opposition to Respondent's motion for summary judgment on August 5, 2015. (Dkt. No. 23). The Magistrate Judge issued a Report and Recommendation on January 25, 2016 recommending that the Respondent's motion for summary judgment be granted. (Dkt. No. 26). Petitioner filed objections to the Report and Recommendation on February 16, 2016, and this Court adopted the Report and Recommendation as the order of the Court on March 7, 2016, dismissed the Petition, and denied a certificate of appealability. (Dkt. No. 32).

Since this action has been dismissed, Petitioner's present motion for enlargement of time and response in opposition to summary judgment (Dkt. Nos. 35, 36) are untimely and are DENIED.

AND IT IS SO ORDERED.

-2-

_____
Richard Mark Gergel
United States District Judge

April 8, 2016
Charleston, South Carolina